JS-6

JS-6

___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 19-02110 JLS (DFM)                             Date:  11/18/2019
Title:  Jack R. Finnegan v. City of Dana Point

___

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (In Chambers) ORDER DISMISSING CASE WITH PREJUDICE

   This matter is before the Court on the Request for an Injunction filed by Plaintiff Jack Richard Finnegan ("Plaintiff"), which the Court construes as a Motion for Preliminary Injunction.  (*See* Doc. 1.)

   The substance of the relief sought by Plaintiff is an order requiring that the sale of real property (located at 25146 Mansanita Drive, Dana Point, CA) be voided and that the property be returned to him.  (*See* Doc. 1-1 (Proposed Order).)  The sale of the property occurred over three years ago and was approved by the Orange County Superior Court.  (*See* Doc. 1 at 57, Mot. Ex. D (Order Confirming Sale dated Sept. 23, 2016).)

   Plaintiff's request for relief ignores a bedrock principle of the American jurisprudential system: that federal district courts simply do not hear appeals of decisions made by state courts:

> *Rooker-Feldman* is a powerful doctrine that prevents federal courts from second-guessing state court decisions by barring the lower federal courts from hearing de facto appeals from state-court judgments:  If claims raised in the federal court action are "inextricably intertwined" with the state court's decision such that the adjudication of the federal claims would undercut the state ruling or require the district court to interpret the application of state laws or procedural rules, then the federal complaint must be dismissed for lack of subject matter jurisdiction.

*Bianchi v. Rylaarsdam*, 334 F.3d 895, 898 (9th Cir. 2003) (citing *D.C. Court of Appeals v. Feldman*, 460 U.S. 462, 485 (1983)).

___

**CIVIL MINUTES – GENERAL**                                                                                    1

___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  SACV 19-02110 JLS (DFM)                               Date:  11/18/2019

Title:  Jack R. Finnegan v. City of Dana Point

___

    Because Plaintiff's Motion seeks relief that would constitute a de facto appeal of a state-court decision, the Court lacks jurisdiction to consider it.  The Court DISMISSES the present case WITH PREJUDICE.

    **IT IS SO ORDERED.**

                                    Initials of Preparer:  tg